UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANK KRAMMES TIMBER HARVESTING, INC., | : | |
| Plaintiff, | : | |
| v. | : | 3:18-cv-1914 |
| | : | (JUDGE MARIANI) |
| LETOURNEAU ENTERPRISES, LLC, | : | |
| Defendant. | : | |

FILED
SCRANTON
APR 27 2021
PER _____
DEPUTY CLERK

## ORDER

AND NOW, THIS 27th DAY OF APRIL 2021, upon consideration of Defendant Letourneau Enterprises, LLC's "Motion to Dismiss Plaintiff's Amended Complaint or in the Alternative for Summary Judgment" (Doc. 25) and all relevant documents, for the reasons set forth in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT:**

1. Defendant's Motion to Dismiss Plaintiff's Amended Complaint is **DENIED**;

2. Defendant's Motion for Summary Judgment is **DENIED**.

Robert D. Mariani
United States District Judge