IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Frank Krammes Timber Harvesting, Inc.** | : : : | |
| Plaintiff | : | CIVIL ACTION NO. 3:18-cv-01914 |
| v. | : : | |
| **Letourneau Enterprises, LLC,** | : | |
| Defendant | : : | |

## **JUDGMENT**

Pursuant to Order of Court, Judgment is hereby entered in favor of the Defendant, **Letourneau Enterprises, LLC,** and against Plaintiff, **Frank Krammes Timber Harvesting, Inc.**.

Dated:   **August 11, 2023**      **Peter J. Welsh**
　　　　　　　　　　　　　　　　　　Clerk of Court
　　　　　　　　　　　　　　　　　　by s/ Ed Petroski
　　　　　　　　　　　　　　　　　　Deputy Clerk