THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FRANK KRAMMES TIMBER HARVESTING, INC.,** | : |
| Plaintiff | : 3:18-CV-1914 |
| | : (JUDGE MARIANI) |
| v. | : (Magistrate Judge Carlson) |
| **LETOURNEAU ENTERPRISES, LLC,** | : |
| Defendants. | : |

### ORDER

The Court having adopted Magistrate Judge Martin Carlson's Report and Recommendation ("R&R") (Doc. 40), **THIS 11th DAY OF AUGUST, 2023, IT IS HEREBY ORDERED THAT** the Clerk of Court is directed to **CLOSE** this case.

FILED
SCRANTON
AUG 11 2023
PER ____
DEPUTY CLERK

Robert D. Mariani
United States District Judge